IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| ROBERT ADAIR, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:10-cv-00037 |
| EQT PRODUCTION COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |
| JULIE A. KISER, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) ) | |
| v. | ) ) | Case No. 1:11-cv-00031 |
| EQT PRODUCTION COMPANY, | ) ) ) | |
| Defendant. | ) | |

<u>MOTION OF DEFENDANT EQT PRODUCTION COMPANY
TO AMEND THE CLASS DEFINITIONS</u>

Pursuant to Fed. R. Civ. P. 23 (c)(1)(C), defendant EQT Production Company ("EQT"), by counsel, hereby moves the Court to amend the class definitions as follows:

Abingdon: 869457-1

1. EQT moves the court to exclude from the class definitions any persons who are parties to pending cases to determine ownership of the gas estate or coalbed methane gas.

2. EQT moves the Court to exclude from the class definitions any persons who operate a gas well in Virginia or who hold a working interest in a well in Virginia.

3. A supporting memorandum is attached.

EQT PRODUCTION COMPANY

By Counsel

Stephen M. Hodges
 VSB No. 1220
Wade W. Massie
 VSB No. 16616
Mark E. Frye
 VSB No. 32258
PENN, STUART & ESKRIDGE
P.O. Box 2288
Abingdon, Virginia  24212
Telephone:  276/628-5151
Facsimile:  276/628-5621
wmassie@pennstuart.com

By */s/ Wade W. Massie*
    Wade W. Massie

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                          /s/ *Wade W. Massie*
                                            Wade W. Massie