**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

EDNA GILBERT, individually and on behalf of
all others similarly situated,

              Plaintiff,

v.

EQT PRODUCTION COMPANY,

              Defendant.

Case No. 1:10-cv-37

## <u>MOTION FOR FINAL APPROVAL</u><br><u>OF CLASS ACTION SETTLEMENT</u>

      Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiff respectfully moves

for an order approving the proposed settlement of this certified class action.  This motion is

supported by the accompanying Memorandum in Support of Final Approval of Class Action

Settlement, the accompanying declarations of counsel, and any other written or oral submissions

that the Court may require.

Dated:  June 7, 2019

Respectfully submitted,

LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP

Don Barrett
David M. McMullan, Jr.
Katherine B. Riley
Barrett Law Group, P.A.
404 Court Square North
P.O. Drawer 927
Lexington, MS  39095
Telephone:  (662) 834-2488
Facsimile:  (662) 834-2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
kbriley@barrettlawgroup.com

By: */s/ Daniel E. Seltz*
David S. Stellings
Daniel E. Seltz
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592
dstellings@lchb.com
dseltz@lchb.com

Larry D. Moffett
DANIEL COKER HORTON &
  BELL, P.A.
265 North Lamar Blvd., Suite R
P. O. Box 1396
Oxford, MS 38655
Telephone:  (662) 232-8979
Facsimile:  (662) 232-8940
lmoffett@danielcoker.com

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
ecabraser@lchb.com

Peter G. Glubiak, VSB #31271
GLUBIAK LAW OFFICE
P.O. Box 27
King William, VA 23086
Telephone:  (804) 769-1616
Facsimile:  (804) 769-1897
glubiaklaw@aol.com

Richard R. Barrett
LAW OFFICES OF RICHARD R. BARRETT,
PLLC
2086 Old Taylor Road, Suite 1011
Oxford, MS 38655
Telephone:  (662) 380-5018
Facsimile:  (866) 430-5459
rrb@rrblawfirm.net

Charles F. Barrett
Neal & Harwell, PLC
Suite 2000
150 4th Avenue, North
Nashville, TN 37219
Telephone:  (615) 244-1713
cbarrett@nealharwell.com

*Attorneys for Plaintiff and the Class*